THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

 v.
 
 
 
 
 Jimmy Wilson, Appellant.
 
 
 
 

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-253
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Jimmy Wilson appeals from his guilty plea to felony driving under the influence causing death arguing the trial judge erred in accepting his plea without advising him of the sentencing consequences.  Wilsons counsel attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded this appeal lacks merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.